UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMANTHA LACEY,<br><br>    Plaintiff,<br><br>v.<br><br>VANDERBILT UNIVERSITY MEDICAL CENTER,<br><br>    Defendant. | Case No. 3:22-cv-00139<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

Due to a conflict with the Court's schedule, the case management conference set on October 14, 2022, is RESET for October 11, 2022, at 10:00 a.m. (Doc. No. 13.) Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge